

March 9, 2006

Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

School of Law
Elder Law Clinic

Tel (718) 990-6689
Fax (718) 990-1961
8000 Utopia Parkway
Queens, NY 11439
www~~~~~~~.edu

*Granted. Oral argument is put off to 5/19/06 @ 10am*
s/John Gleeson

Re: *Dorothy Williams v. Solomon and Solomon, P.C., et. al*
Index No. 1:05-CV-05814-JG-RLM

Dear Judge Gleeson:

The Elder Law Clinic at St. John's University School of Law (St. Vincent DePaul Legal Program, Inc.) represents Plaintiff Dorothy Williams in the above-referenced matter. We are writing to address the scheduling of oral argument on Defendant Solomon and Solomon, P.C.'s motion under FRCP 12(b). As stated in Solomon and Solomon's March 7, 2006 letter to the Court, the parties have agreed on a briefing schedule for service of the motion on or before March 24, 2006, service of any opposing paper on or before April 10th, and service of any reply on or before April 17th.

The Court has scheduled oral argument on June 2, 2006 at 10:00 am. Because this office is a law school clinic, the legal interns assigned to the above-referenced matter will have completed their semester by that date. Therefore, we respectfully seek an accommodation in the oral argument date. If the Court's calendar allows, we request that oral argument be scheduled for May 19, 2006. Solomon and Solomon have been apprised of our scheduling concerns and are available on the May 19, 2006 date. We realize that this requested date may be inconvenient for the Court, and understand if a change in date is not feasible. Thank you for your attention to this matter.

Sincerely,

Gail Mendez
Legal Interns

Tionnei Thompson
Legal Intern

cc: Douglas M. Fisher, Esq.

J:\Williams, Dorothy\Pleadings\Ltr to Court re Oral Argument Dates-060302.doc

RECEIVED MAR 13 2006
CHAMBERS OF JUDGE