UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DOROTHY S. WILLIAMS,
    Plaintiff,

-against-

SOLOMON AND SOLOMON, P.C., JANE DOE 1 – 3,
And JOHN DOE 1 – 3, present or past employees of NEW
YORK STATE HIGHER EDUCATION SERVICES
CORPORATION,
    Defendant(s).

CV-05814-JG-RLM

NOTICE OF DISMISSAL
*(AGAINST DEFENDANT JANE DOE and JOHN DOE 1 - 3 ONLY)*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 26 2006 ★
BROOKLYN OFFICE

Plaintiff DOROTHY S. WILLIAMS having settled her claims in the above-entitled action against defendants JANE DOE 1 – 3 and defendants JOHN DOE 1 – 3 (present or past employees of New York State Higher Education Services Corporation), and those defendants not having served an answer or a motion for summary judgment, Plaintiff, through her attorneys, hereby voluntarily dismisses her claims against defendants JANE DOE 1 – 3 and defendants JOHN DOE 1 – 3, without costs to any party as against the other, upon the filing of this Notice of Dismissal with the Clerk of the Court pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. This dismissal is with prejudice.

Dated: May 8, 2006.

St. Vincent De Paul Legal Program, Inc.

By [signature]
Gina Calabrese (GC4749)
Ann L. Goldweber (AG0003)
St. John's University School of Law
Elder Law Clinic
8000 Utopia Parkway, Rm. 1-18
Jamaica, New York 11439
Attorneys for Plaintiff

So ordered.
s/John Gleeson